**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PATRICIA WILLIAMS,** | Case No.: **14-CV-571 YGR** |
|     **Plaintiff,** | **ORDER CONTINUING COMPLIANCE HEARING** |
|     vs. | |
| **THE INTUIT, INC. LONG TERM DISABILITY COVERAGE FOR ALL ACTIVE FULL-TIME EMPLOYEES WHO ARE U.S. CITIZENS OR U.S. RESIDENTS OTHER THAN VICE PRESIDENTS AND ABOVE, TEMPORARY AND SEASONAL EMPLOYEES PLAN,** *et al.***,** | |
|     **Defendants.** | |

Based upon the Joint Statement filed October 24, 2014 (Dkt. No. 29), the Court **CONTINUES** the compliance hearing set for October 31, 2014, to **9:01 a.m.** on Friday, **November 7, 2014**.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: October 28, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**